# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SCOTT OLVERA, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:21-cv-00232 |
| v. | § § | JURY TRIAL DEMANDED |
| CHRISTUS SPOHN HEALTH SYSTEM CORPORATION, | § § § § | COLLECTIVE AND CLASS ACTION |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

The Parties respectfully notify the Court that the Parties have agreed to settle the above-captioned matter. The Parties have finalized a Settlement Agreement and are in the process of executing said agreement. The Parties intend to file closing documents as soon as practicable, but respectfully request that the Court maintain this case on its docket for an additional forty five (45) days while the Parties complete settlement paperwork and payment is processed. The Parties will notify the Court if they require additional time to submit closing documents.

The Parties further respectfully request that the Court continue the scheduling conference currently set for April 19, 2022, to a date not sooner than 45 days from the filing of this notice.

Dated:  April 14, 2022

Respectfully submitted,

SHELLIST LAZARZ SLOBIN LLP

By: */s/ Ricardo J. Prieto*
    Ricardo J. Prieto
    Federal ID No. 1001658
    State Bar No. 24062947
    rprieto@eeoc.net
    Melinda Arbuckle
    Federal ID No. 2629125
    State Bar No. 24080773
    marbuckle@eeoc.net
    Taneska Jones
    Federal ID No. 3171208
    State Bar No. 24106151
    tjones@eeoc.net
    11 Greenway Plaza, Suite 1515
    Houston, TX 77046
    (713) 621-2277 – Telephone
    (713) 621-0993 – Facsimile

    ATTORNEYS FOR PLAINTIFF &
    PUTATIVE COLLECTIVE ACTION
    AND CLASS MEMBERS

- and -

NORTON ROSE FULBRIGHT US LLP

By: */s/ Heather Sherrod*
    Shauna Johnson Clark
    State Bar No. 00790977
    shauna.clark@nortonrosefulbright.com
    Fulbright Tower
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095
    Telephone: (713) 651-5151
    Facsimile: (713) 651-5246

    OF COUNSEL:
    NORTON ROSE FULBRIGHT US LLP
    Heather Sherrod
    State Bar No. 24083836
    heather.sherrod@nortonrosefulbright.com
    Fulbright Tower

1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of April, 2022, a copy of the foregoing was filed and served through the CM/ECF filing system which will send notice of this filing to all counsel of record.

    */s/ Ricardo J. Prieto*
    Ricardo J. Prieto