United States District Court
Southern District of Texas
**ENTERED**
May 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SCOTT OLVERA, Individually and on Behalf of Others Similarly Situated,<br><br>　　　Plaintiff,<br>VS.<br><br>CHRISTUS SPOHN HEALTH SYSTEM CORP.,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 2:21-cv-00232<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Joint Motion for Dismissal with Prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 17); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
　　　　May 23, 2022